# United States Court of Appeals
## For the First Circuit

No. 07-1394

DOLORES H. CAO,

Plaintiff, Appellant,

v.

COMMONWEALTH OF PUERTO RICO THROUGH THE SECRETARY OF JUSTICE,
ROBERTO SÁNCHEZ-RAMOS; PUERTO RICO DEPARTMENT OF FAMILY;
PUERTO RICO DEPARTMENT OF FAMILY, UNIT OF SUBSTITUTE CARE
OF ADULTS; FÉLIX MATOS-RODRÍGUEZ, in his personal capacity and as
Secretary of the Department of the Family; STATE PSYCHIATRIC
HOSPITAL; ADMINISTRATOR B OF STATE PSYCHIATRIC HOSPITAL,
DOCTOR X; UNKNOWN DEFENDANTS; AB INSURANCE COMPANY;
BC INSURANCE COMPANY; CD INSURANCE COMPANY;
DF INSURANCE COMPANY; FG INSURANCE COMPANY,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on May 13, 2008 is amended as follows:

On page 7, lines 11-12:  Substitute "more than a year and a half" with "more than six months."